2023crwsld004443

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CRIMINAL DIVISION**

DCTN: _____
LKUP# _____

**COMPLAINT**

Case #: _____

**District of Columbia ss:**

**Defendant's Name:**   **Eliexander       Isaac        Lopez-Burgos**
　　　　　　　　　　　　　(First)　　　　(MI)　　　　(Last)

ADDRESS:   NO FIXED ADDRESS

**Eliexander Isaac Lopez-Burgos,** within the District of Columbia, while armed with a firearm, purposely and with deliberate and premeditated malice, killed **Carlos Javier Blanco Fernandez**, by shooting him with a firearm on or about November 16, 2023, thereby causing injuries from which **Carlos Javier Blanco Fernandez**, died on or about November 16, 2023.  (**First Degree Murder While Armed (Premeditated)**, in violation of 22 D.C. Code §§ 2101, 4502 (2001 ed.)).

_Lucia Benjamin_
**Affiant's Name**

Subscribed and sworn to before me this __1st__ day of _December 2023_

_L. Briggs_
**(Judge) (Deputy Clerk)**

**WARRANT**

To The United States Marshal or any other authorized federal officer or the Chief of Police of the District of Columbia:
　WHEREAS the foregoing complaint and affidavit supporting the allegations thereof have been submitted, and there appearing probable cause and reasonable grounds for the issuance of an arrest warrant for _____**ELIEXANDER ISAAC LOPEZ-BURGOS**_____
**YOU ARE THEREFORE COMMANDED TO BRING THE DEFENDANT BEFORE SAID COURT OR OTHER PERSON ENUMERATED IN 18 U.S.C. §3041 FORTHWITH TO ANSWER SAID CHARGES.**

Issued _December 1, 2023_    _L. Briggs_
　　　　　　　　　　　　　　　　**Judge - Superior Court of the District of Columbia**

**Title 16:**　　　　**Rule 105:**　　_____
　　　　　　　　　　　　　　　　　**Judg**

| Sex: Male | DOB: 02/18/2000 | CCN: 23-188-165 | PDID: 760-130 |
|---|---|---|---|
| **Papering Officer:** Detective Lucia Benjamin | | | **Badge No.:** D2-1677 |

**OFFICER MUST EXECUTE RETURN**

| Officer's Name: | Date / Time: |
|---|---|
| **AUSA Signature:** | Fel. I ☒　AFTC ☐　Fel. II ☐ |

NCIC APPROVED _jgg_

## Superior Court of the District of Columbia
### CRIMINAL DIVISION

| AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT | USW NO.: |
|---|---|

| DEFENDANT'S NAME: Lopez-Burgos, Eliexander Isaac | DOB: 02/18/2000 | PDID: 760130 | FBI NUMBER: | CCN: 23-188165 |
|---|---|---|---|---|

| NICKNAME: Chander | ALIASES: Eleexander Lopez Burgos, Elyxander Lopez Burgos, Eliexhunder Issac Lopez Burgos |
|---|---|

| SEX: H | RACE: HS | HEIGHT: 5"6" | WEIGHT: 180 lbs | EYES: Brown | HAIR: Black | COMPL: Med | SCARS, MARKS, TATTOOS: Tattoos on his left forearm |
|---|---|---|---|---|---|---|---|

| DEFENDANT'S HOME AND/OR BUSINESS ADDRESS: No Fixed | TELEPHONE NUMBER: 202-369-4493 |
|---|---|

| COMPLAINANT'S NAME: Carlos Javier-Blanco Fernandez |
|---|

| LOCATION OF OFFENSE(S): 2230 New York Ave Northeast Washington DC 20002 |
|---|

| DATE(S) OF OFFENSE(S): November 16, 2023 | TIME(S) OF OFFENSE(S): 5:16PM |
|---|---|

**CAUTION AND MEDICAL CONDITIONS (CMC)** Select a valid CMC code below for wanted person when using the caution indicator:

| X 00 = Armed and Dangerous | __ 15 = Explosive Expertise | __ 30 = Sexually Violent Predator | __ 60 = Allergies | __ 80 = Medication Required |
|---|---|---|---|---|
| X 05 = Violent Tendencies | __ 20 = Known to Abuse Drugs | __ 50 = Heart Condition | __ 65 = Epilepsy | __ 85 = Hemophiliac |
| __ 10 = Martial Arts Expert | __ 25 = Escape Risk | __ 55 = Alcoholic | __ 70 = Suicidal | __ 90 = Diabetic |

**GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:**

### Probable Cause

1. On Thursday, November 16, 2023, at approximately 1716 hours members of the Metropolitan Police Department's Fifth District responded to 2230 New York Avenue Northeast for the report of a shooting. Upon arrival, officers located the decedent (Carlos Blanco Fernandez), unconscious and unresponsive, suffering from an apparent gunshot wound to the head. DC Fire Department Medic 17 transported the decedent to Medstar Washington Hospital Center where the decedent was pronounced dead at 1750 hours by Dr. Anthony Shiflett. The decedent was transported to the Office of the Chief Medical Examiner (OCME) for an autopsy.

2. The scene is located inside a large parking lot owned by the Exxon Gas Station located in the 2200 block of New York Avenue Northeast. There is an entrance into the parking lot from the 2000 block of Bladensburg Road Northeast. A yellow donation bin sits on the curb. A green BMW was parked on the east side of the parking lot adjacent to Bladensburg Road Northeast. The vehicle was facing northbound, with its front hood open and several mechanical tools lying on the vehicle. There was apparent blood inside the BMW engine compartment and one apparent bullet hole on top of the interior frame of the vehicle. There was apparent blood on the pavement underneath the vehicle. Near the driver's door on the pavement were assorted medical intervention supplies. A few feet away were (5) five .40 caliber cartridge casings, which were recovered.

3. The decedent's body was observed by Detective French at Medstar Washington Hospital Center in Bay 2 of the emergency room. The decedent had two apparent gunshot defects, one to the front left forehead, and

## Superior Court of the District of Columbia
### CRIMINAL DIVISION

| AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT | USW NO.: |
|---|---|

| DEFENDANT'S NAME: Lopez-Burgos, Eliexander Isaac | DOB: 02/18/2000 | PDID: 760130 | FBI NUMBER: | CCN: 23-188165 |
|---|---|---|---|---|

one to the back, right side of the head. The decedent was nude with a medical bracelet on his left wrist lying supine in a white body bag. The decedent was intubated and had intravenous ports on both arms and an I/O port on his right shoulder. The decedent had a needle thoracotomy in his left side.

4. On Friday, November 17, 2023, Dr. Auon (OCME) performed the autopsy on the decedent. Dr. Auon advised that the decedent suffered a through and through gunshot wound that entered the left forehead and exited the right back of the skull. The gunshot wound traveled left to right, front to back, and upward. Dr. Auon advised that the decedent suffered skull fractures, brain damage, and brain bleeding. Dr. Auon stated there was no soot or stippling observed on the wounds. Small fragments were recovered from the decedent's brain. Dr. Auon stated that she observed no other trauma to the decedent.
Dr. Auon concluded that the cause of death was a gunshot wound to the head and ruled that the manner of death was HOMICIDE.

5. Detectives of the Homicide Branch responded to the location and assumed responsibility for the investigation. Five (5) cartridge casings were recovered from the scene. The scene was processed by the Department of Forensic Science (DFS). Detectives were able to interview witnesses who were on scene.

*Witness Interviews:*

6. W-1 reported that IT was in the parking area near the dumpsters with W-2 and W-3. W-1 stated that there was a green BMW that the decedent was working on. There was a blue vehicle right in front of the green BMW parked facing southbound. Inside the blue vehicle was a female with a baby. W-1 heard a woman scream and heard approximately five sounds of gunshots at the same time. W-1 looked and saw a black van with a gray sliding door leaving right after the sounds of gunshots. The vehicle was traveling towards the McDonald's. W-1 reported that the windows on the van were dark. W-1 stated that no one got out of the vehicle. W-1 then ran towards W-2 and W-3 to secure the kids in the car. W-1 stated that the decedent is known as "El Tio."

7. W-2 stated that IT was fixing ITs vehicle inside the parking lot, and W-1 was with IT. There were sounds of gunshots, and then W-2 and W-1 walked up and observed that the decedent had been shot. Right after the sounds of gunshots, W-2 saw a van, and the rear of the van was gray or red. Earlier the decedent and some other people were fixing the cars that were facing each other. W-2 stated that the decedent is known as "El Tio," and that he hangs around with a guy by the name of "Peluca." W-2 advised that IT was present for an incident that occurred with Peluca the day before. W-2 stated that IT had not seen Peluca all day. W-2 stated that the owner of the blue vehicle had been on scene when the shooting happened.

8. W-2 contacted your affiant a few days after the homicide. W-2 reported that IT had heard rumors and sent a screen shot of contact information of the phone number of Antonieta Maria Otaiza-Sanabria with a photo

Prosecutor: _John Giovanelli_   Affiant: L.B.   Judge: _[signature]_   Page **2** of **14**
NCIC Approved

## Superior Court of the District of Columbia
**CRIMINAL DIVISION**

| AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT | USW NO.: |
|---|---|

| DEFENDANT'S NAME: Lopez-Burgos, Eliexander Isaac | DOB: 02/18/2000 | PDID: 760130 | FBI NUMBER: | CCN: 23-188165 |
|---|---|---|---|---|

and the phone number of 202-993-7449. W-2 reported that the number provided was the wife of the male that killed the decedent.

9. W-3 reported that IT was outside in the parking lot area. W-3 saw a van, and no one exited the van, but shots came from the passenger side of the van. W-3 reported that the van kept driving and drove towards the McDonald's. W-3 reported that a few people have made the parking lot theirs. Lately there has been a few incidents. W-3 heard that a male was arrested with a fake gun, and that the person went by the name "Peluca." W-3 stated that Peluca has had several issues. The decedent is known as "El Tio," and IT knows him because he fixes cars. W-3 reported that the decedent was fixing the car, and there was a purple car with a female inside the car. There were three or four males near the purple car. The decedent was working on the green BMW vehicle.

10. W-4 was crossing New York Avenue NE heading towards the gas station. W-4 was at the corner of the intersection by the gas sign when IT heard four to five gunshots. W-4 looked at where the shots were coming from, and IT saw a dark-colored van with an arm extended from the passenger side of the vehicle. The van drove away from the scene behind a fence heading towards the McDonald's parking lot. IT then saw the suspect vehicle turning from the McDonald's onto New York Avenue heading westbound.

11. W-4 described the vehicle as a dark-colored minivan that had silver or grey doors on the driver's side. W-4 stated that the van may have been a Chrysler, Toyota, or Nissan. W-4 stated that there was heavy tint on the windows so IT could not see inside. W-4 stated that the arm that was shooting was either a black or a Hispanic person, but W-4 was confident that the person was not white.

12. W-5 stated that IT was asleep inside IT's vehicle which is the BMW. W-5 awoke to a loud noise and stated that IT did not realize the noise was gunshots at first. W-5 sat up and saw that people and children were screaming. W-5 did not see the suspect and/or suspect vehicles because W-5 was asleep.

13. W-6 reported walking towards IT's vehicle when IT heard the sounds of gunshots and fell to the ground. W-6 reported that the decedent fixed cars in that area. W-6 did not get a good look at who was shooting. W-6 reported that there were two people seated in the back of IT's vehicle when the shooting happened. W-6's vehicle had been struck by an apparent bullet on the top of the hood.

14. W-7 reported that IT was about to get inside of IT's vehicle when IT heard the sounds of gunshots and dropped to the pavement. W-7 observed that the decedent had been shot in the head.

| Prosecutor: *John Giovannelli* NCIC Approved | Affiant: L.B. | Judge  | Page **3** of **14** |
|---|---|---|---|

## Superior Court of the District of Columbia
### CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT** | USW NO.:

| DEFENDANT'S NAME: Lopez-Burgos, Eliexander Isaac | DOB: 02/18/2000 | PDID: 760130 | FBI NUMBER: | CCN: 23-188165 |
|---|---|---|---|---|

15. Detectives had learned that W-8 was named as having been involved in a shooting a couple days prior. When asked about the situation, W-8 responded, "No, not me." W-8 stated that there was a shooting, but that happened near the McDonald's. W-8 stated that during that time IT was not inside of the building. W-8 heard that someone had been shot, but IT did not know whom. Detectives asked where the decedent was when that shooting happened. W-8 reported that the decedent was home already. Detectives shared that they had learned that W-8 was there. W-8 responded that IT was not there, and that the decedent was not there either. W-8 stated that IT had been at the junkyard working.

16. Detectives asked W-8 what IT had heard happened the day of the previous shooting. W-8 heard that a fight had occurred and that a male had been shot in the leg. W-8 stated that other people hang out around that area. People from the shelters and on mopeds tend to hang out by the McDonald's. The majority of people there are males, and it is rare to see people in that area other than the people that work at the carwash.

17. Detectives asked W-8 what kind of vehicle that the male who was shot in the leg drove. W-8 reported that the male drove a black cargo van. Detectives asked if there was anything distinctive about the van. W-8 stated that the side doors are grey in color. W-8 had seen the male with his wife and other people on mopeds and people on vehicles, but not individuals that live at the hotel.

18. Detectives asked if W-8 was part of the gang "Tran de Aragua." W-8 stated that IT was from another city towards the south in Venezuela, and that gang was more centralized in the middle of the country. W-8 stated that a few people have named themselves as being tied with the gang, but that does not worry W-8.

19. Detectives asked if the male who was shot in the leg ever stated that he was part of that gang. W-8 stated that IT never heard of the male being involved with a gang. W-8 heard that earlier that day the male was shot in the leg, around 4pm or 5pm, there was a problem. W-8 heard there was a video that was circulating of the male who was shot in the leg threating to kill someone, but IT was not sure whom he was threatening to kill. W-8 reported that IT has not seen the male since he was shot. W-8 advised that there was a login sheet at the hotel, and everyone had to sign in and out of the location.

20. W-8 advised that IT has seen the guy with the van regularly, and in fact had seen him three days prior, and had suggested what the male could do to repair his van. W-8 was asked to describe the male, and W-8 stated that since IT does not deal with him much, he seems normal. W-8 reported that the male had an issue at the hotel with someone at the hotel, but that person does not live there anymore. W-8 stated that IT has never had any disagreements or anything with the male himself.

Prosecutor: _____   Affiant: L.B. _____   Judge: _____   Page **4** of **14**
NCIC Approved

## Superior Court of the District of Columbia
### CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT** | USW NO.:

| DEFENDANT'S NAME: Lopez-Burgos, Eliexander Isaac | DOB: 02/18/2000 | PDID: 760130 | FBI NUMBER: | CCN: 23-188165 |
|---|---|---|---|---|

21. Your affiant showed W-8 a single photograph of Eliexander Isaac Lopez Burgos, DOB: 02/18/2000, H/M. W-8 immediately stated, "That's him." Your affiant asked whom W-8 was referring to when it said, "That's him." W-8 stated "the guy that they shot." Detectives asked if that was the guy with the van. W-8 replied, "That's his van." Detectives asked if anyone else drove the van. W-8 stated that the wife drove it, but W-8 has not seen anyone else drive it. Detectives showed a colored picture of the van. W-8 looked at the picture of the van and stated, "That's the van."

22. Detectives asked if W-8 knew who shot the male with the van. W-8 reported not knowing the male who shot Defendant Lopez-Burgos. W-8 reported that, at approximately 3pm or 4pm, W-8 went to a church to look for coats. W-8 does not know when the male (Defendant Lopez-Burgos) was shot. W-8 reported that the shooting happened at night, and that there was a group chat where people were informing people that a shooting had occurred.

23. W-8 asked who was shot, and they said it was a male in the unit on the third level. Detectives asked if W-8 had seen the male's wife. W-8 stated that IT had seen the wife driving the van. Detectives asked where the van was usually parked, and IT responded, "by the McDonald's side." Detectives asked if W-8 had the phone number for the male with the van. W-8 stated that IT did not, and when asked if the male's wife had a phone, W-8 said that she did not.

24. Detectives asked W-8 what time IT was released out of jail on that day. W-8 stated around 7pm. W-8 was picked up and given the news of what had happened to the decedent. W-8 again reported that IT was not present when the man in the van was shot in the leg. Detectives asked if W-8 had seen anyone with a handgun, and W-8 said that IT has never seen anyone armed. W-8 stated that IT believed that IT had heard the man in the van called "Chander".

25. W-8 contacted your affiant and shared a screenshot of a TikTok page that belonged to Antonieta Maria Otaiza-Sanabria (Defendant Lopez-Burgos' wife). The TikTok video was under the account name "@lavalencia22" and screen name "la gata". The video was posted on November 19, 2023. The TikTok that was sent is a video where Antoneia Maria Otaiza-Sanabria and Eliexander Isaac Lopez-Burgos appear to be inside a large vehicle. W-8 also provided the phone number of 240-473-8065 and stated that it was the phone number of the individual that has been rumored that was driving the van the day of the Homicide. W-8 stated not knowing the name of the person but would try to obtain a picture. W-8 sent a picture of the person that IT had learned was driving the van (Note: the front passenger, believed to be Defendant Lopez-Burgos, was the only shooter -see W-4 above).

Prosecutor: _John E. Giovannelli_   Affiant: L.B.   Judge: _KDR_   Page **5** of **14**
NCIC Approved

## Superior Court of the District of Columbia
### CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**    USW NO.:

| DEFENDANT'S NAME: Lopez-Burgos, Eliexander Isaac | DOB: 02/18/2000 | PDID: 760130 | FBI NUMBER: | CCN: 23-188165 |
|---|---|---|---|---|

26. W-9 contacted your affiant and reported that IT was in the area the day of the Homicide. W-9 reported that IT had reported that IT was near the McDonald's when the Homicide occurred and had reported it to Officers on scene. W-9 reported seeing someone running towards the McDonalds after the shooting. The male that W-9 saw running was light skin, Hispanic male approximately 5 "4" or 5 "5". W-9 reported not knowing if he was running because he heard the sounds of gunshots.

27. W-9 reported that IT hangs out in the area. W-9 reported that IT's heard rumors that the wife of the person who shot the decedent is staying at her sister's house. W-9 provided the address for the sister's house and also provided the phone number of 202-993-7449 for the Suspect's wife. W-9 reported that IT did not know why the decedent was shot.

28. W-9 sent a photo of the person that W-9 stated that appears to be the person IT saw running towards the McDonalds. Your affiant asked W-9 how IT was able to obtain the photo of that person. W-9 reported that someone W-9 knows sent IT the photo of the person and mentioned that the individual was the person whom shot the decedent. W-9 asked for the photo and stated that when IT saw the photo, IT believes that to be the person that IT saw running right after the sounds of gunshots near the McDonalds drive thru. W-9 described the male wearing a grey or green sweatshirt and a white baseball hat, and was of light skin whom W-9 reported that the male was not very dark. W-9 reported that he was inside IT's vehicle when IT observed the male running right after the sounds of gunshots. W-9 described the individual appeared as if he was distressed. Your affiant recognized the person in the photo provided by W-9 to be Defendant Eliexander Isaac Lopez-Burgos.

### VIDEO SURVEILLANCE:

### CHANNEL 23:

29. At timestamp 06:06:09 PM, Detectives observed the suspect vehicle pass and then at 06:06:37 PM (28 seconds), an individual can be seen running from the area of the McDonald's east driveway toward the offense location. The individual is a light-complected, unknown race male, slim build, in khaki pants, a dark-colored sweatshirt, white baseball cap, and light-colored shoes.

30. The individual jogs to the section of the McDonald's parking lot just north of the offense location. The individual then continues to speed walk toward the location of the shooting, last seen on this camera at 06:06:56 PM.

Prosecutor: _John Giovannelli_    Affiant: L.B.    Judge:     Page **6** of 14
NCIC Approved

## Superior Court of the District of Columbia
### CRIMINAL DIVISION

| AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT | USW NO.: |
|---|---|

| DEFENDANT'S NAME: Lopez-Burgos, Eliexander Isaac | DOB: 02/18/2000 | PDID: 760130 | FBI NUMBER: | CCN: 23-188165 |
|---|---|---|---|---|

*Witness Interviews Continued:*

31. Detectives responded to the address previously provided and met with W-10. W-10 reported that IT and IT's family lived at the Days Inn for seven months previously. Detectives asked if W-10 knew a person by the name "Chander." W-10 stated that IT did not know a "Chander." Detectives asked if W-10 had heard what happened at the Days Inn. W-10 reported that IT did not hear anything. Detectives showed a colored photograph of the van. W-10 looked at the photo and replied that IT did not recognize that vehicle. Detectives then showed the decedent's reward flyer. W-10 looked at the reward flyer and reported that IT did not recognize the decedent. Detectives then explained that the decedent had been killed. W-10 asked if it was at the Days Inn, and appeared to be surprised.

32. Detectives then interviewed W-11. W-11 reported that IT was familiar with several people from the Days Inn. Detectives asked whether W-11 had heard what had happened at the Days Inn. W-11 reported that IT heard that a shooting occurred. W-11 stated that IT heard that the female along with her husband were involved. W-11 reported that IT did not know how IT learned of the address, and that no one that has lived at the Days Inn has come to W-11's home.

33. Detectives asked if W-11 knew the female and male that IT referenced. W-11 stated that IT did and that IT had the female's phone number. W-11 reported that IT wanted to call the female but IT did not. W-11 showed Detectives the females number from IT's phone of the person W-11 was referring to. IT provided the phone number as 202-993-7449. Your affiant at that time recognized the phone number to belong to Antonieta Maria Otaiza-Sanabria (Defendant Lopez-Burgos' wife). W-11 reported that IT did not have the husband's phone number.

34. W-11 showed a TIKTOK page of "lavalencia22" "la gata" whom Detective's recognized to be Antonieta Maria Otazia-Sanabria (Defendant Lopez-Burgos' wife). Detectives asked W-11 what W-11 had heard happened. W-11 stated that IT heard that Ms. Otazia-Sanabria's husband had gotten shot and then there was another shooting that involved an innocent person and he passed. W-11 reported that people said it was for revenge. W-11 reported that IT had knowledge that Ms. Otazia-Sanabria had not reported to work. Ms. Otazia-Sanabria stopped working after her husband was shot. W-11 indicated that Ms. Otazia-Sanabria had stopped working on November 10, 2023.

35. W-11 reported that people have been saying that the wife is with the husband. W-11 did not know why the husband had been shot. W-11 stated that IT had never seen the vehicle the couple owned. Detectives showed the reward flyer to W-11. W-11 was asked if IT knew who saw the homicide. W-11 said that IT did not know because no one was going to say if they were there, but people were just saying that they heard what had happened. W-11 reported that Ms. Otazia-Sanabria's husband was shot on November 15, 2023. W-11 texted Ms. Otazia-Sanabria when her husband got shot. Ms. Otazia-Sanabria did tell W-11

## Superior Court of the District of Columbia
### CRIMINAL DIVISION

| AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT | USW NO.: |
|---|---|

| DEFENDANT'S NAME: Lopez-Burgos, Eliexander Isaac | DOB: 02/18/2000 | PDID: 760130 | FBI NUMBER: | CCN: 23-188165 |
|---|---|---|---|---|

that her husband was shot, as she was holding her kid when it occurred. When W-11 asked her what had happened, Ms. Otazia-Sanabria told W-1 that she would tell W-11 later.

36. W-11 stated that recently Ms. Otazia-Sanabria has not responded to texts from W-11. W-11 showed TikTok video of Ms. Otazia-Sanabria and her husband, which Detectives recognized to be Eliexander Lopez-Burgos. W-11 stated that the husband had always been in problems.

37. W-12 called your affiant and reported that IT had heard from someone that hangs out by the gas station regarding the murder. W-12 reported that IT heard that the murder was in relation to two Spanish twins that wanted retaliation for their family member that was killed in Mexico.

38. Your affiant received information regarding W-13. The information was that W-13 was a witness and that W-13 was in fear of IT's safety. W-13 was identified, located and interviewed by your affiant.

39. W-13 reported that, on November 14, 2023, W-13 was in the 2200 block of New York Ave Northeast when IT observed two males exit a dark red colored van with ski masks on. W-13 stated that the males were chasing another male and it appeared almost as if they were looking to kill the person they were chasing. One of the males knocked down a small child while chasing the other male. When that occurred, W-13 confronted one of the males for knocking down the child.

40. The verbal confrontation turned physical when one of the men threw a punch at W-13. The punch struck another male instead. That same day those individuals had threatened everyone that was there and stated that everyone was going to die. W-13 left the location. Later that day, W-13 reported that IT heard that there was a shooting in the 2200 block of New York Avenue Northeast and that a male was shot.

41. Detectives asked if W-13 was aware of the person that had gotten shot. W-13 stated that there was another man that was with the two men that got out of the van. This individual came to defend or assist the two men that exited the van. W-13 stated that all three of those men are friends. W-13 stated that the person that was shot was one of the three men. W-13 stated that everyone calls the person that was shot by a nickname of "Chander". W-13 reported that IT has not been in that area for a long time and does not know the other males names or nicknames. W-13 recalled that when IT was arguing, IT heard a female calling out Chander's name.

42. Detectives mentioned to W-13 that they had heard that the decedent was there and broke up the altercation. W-13 reported that the decedent was not there that day. W-13 described the decedent as an individual that did not get involved with anyone and that all he did was work on vehicles. W-13 stated that, right after the argument, "Chander" made a hand gesture close to his chest with his hand inside his coat as if he had a handgun on his person. "Chander" stated that everyone there had brought themselves problems.

Prosecutor: _John Giovannelli_  Affiant: L.B.  Judge: _[signature]_  Page **8** of **14**
NCIC Approved

## Superior Court of the District of Columbia
### CRIMINAL DIVISION

| AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT | USW NO.: |  |  |  |
|---|---|---|---|---|
| DEFENDANT'S NAME: Lopez-Burgos, Eliexander Isaac | DOB: 02/18/2000 | PDID: 760130 | FBI NUMBER: | CCN: 23-188165 |

43. Detectives asked if there were other guys who tried to break up the altercation. W-13 responded that there was another group of males, who were with the man that the two men were initially chasing. No one else got involved. W-13 again reiterated that IT did not fight back during the altercation. Detectives asked who did "Chander" threaten? W-13 stated that "Chander" threatened everyone there, including the group of men that were with the person that the two men were initially chasing after. W-13 stated that the person that they were chasing had fled the location.

44. Detectives asked if W-13 had heard who killed the decedent. W-13 stated that everyone was saying "Chander."  Detectives asked W-13 whether IT know anyone that actually saw the shooting? W-13 told detectives that on the day of the homicide, IT was at a gas station in the 1200 block of Bladensburg Road Northeast. Detectives were familiar with the gas station and showed W-13 a photo of the Gas Station located at 1201 Bladensburg Road Northeast. W-13 confirmed that this was the gas station. On this day, W-13 was with a friend. W-13 stated that while at the gas station IT observed a blue van. W-13 believed that the people in the van knew the guys at the gas station W-13 was at. W-13 looked to see if it was the same group of men from the altercation. W-13 then saw "Chander" inside the blue van. W-13 stated that IT recognized "Chander."  "Chander" looked at W-13 and with his index finger pointed towards IT.  W-13 stated that the van that "Chander" was in then sped off with the van's tires screeching.  The van was traveling towards the gas station where the homicide occurred.

45. Detectives asked who was driving the van. W-13 reported that "Chander" was the front passenger in the van. W-13 reported that the driver was one of the two men from the day that IT was in the altercation regarding the child being knocked down. However, W-13 stated that this was not the man that knocked down the child.

46. Detectives asked how many people were inside the van. W-13 stated that IT could only see two people inside the van. W-13 stated that IT's friend stated what had just happened regarding the van seemed odd. W-13 stated that IT's friend was going to take IT back to where W-13 resided. W-13 stated that IT and IT's friend were driving towards the offense location on New York Avenue Northeast, when W-13 heard several sounds of gunshots.

47. Detectives asked was there anything distinctive about the van IT observed Chander riding inside of as the front passenger. W-13 reported that IT had not seen that van before, and that the van had small silver chrome on it, but that IT was not familiar with vehicles.

48. Detectives asked what side of the van did W-13 observe. W-13 responded that IT saw the passenger side of the van. W-13 stated that "I saw him clearly." "Chander."  W-13 stated that, when Chander saw W-13, that Chander nodded his head.  W-13 believed this head nod to mean a threat.

Prosecutor: _/s/_  NCIC Approved     Affiant: L.B.     Judge: _/s/_     Page **9** of **14**

## Superior Court of the District of Columbia
### CRIMINAL DIVISION

| AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT | USW NO.: |
|---|---|

| DEFENDANT'S NAME: Lopez-Burgos, Eliexander Isaac | DOB: 02/18/2000 | PDID: 760130 | FBI NUMBER: | CCN: 23-188165 |
|---|---|---|---|---|

49. Detectives asked how often had W-13 seen "Chander." W-13 stated that IT saw "Chander" for the first time on the day of the altercation involving the child being knocked down. Detectives asked if IT saw "Chander" again would IT be able to recognize him. W-13 responded that IT would be able to recognize him.

50. Detectives showed W-13 a photo that was sent to them by W-8. The photo was a photo of a person that Detectives were told was the individual that was possibly the driver of the van during the homicide. Detectives asked W-13 if IT recognized the individual. W-13 asked detectives if the pictured person was a short person. Detectives informed W-13 that they were not sure. W-13 reported that it seems as if IT had seen that male before.

51. W-13 stated that IT was confused because the guy that IT believed was the guy in the photo had dyed his hair yellow. W-13 stated that that male had to have a brother, and that his brother was part of the altercation that occurred regarding the child being knocked down. Detectives asked if the pictured person was the male that knocked down the child. W-13 stated that it was not that person.

52. W-13 stated that the male with the dyed hair appeared to be the male that swung at IT. W-13 stated that if the pictured individual is one of the men from the altercation, then he is Chander's friend.

53. Detectives repeated the facts back to W-13 to ensure nothing was missing. Detectives stated to W-13 that IT saw a van at the gas station in the 1200 block of Bladensburg Road Northeast. W-13 confirmed this and stated that IT was near the car wash side. W-13 stated that IT observed "Chander" on the front passenger side. "Chander" looked at W-13 and nodded his head, in a threating manner. W-13 stated that IT was outside IT's friends car. W-13's friend told IT that it was odd what had just occurred and began taking W-11 back to W-11's residence. Within approximately 10 minutes while at the red-light, W-11 heard the sounds of gunshots. W-13 stated that IT came into the parking lot of the homicide immediately after the gunshots stopped. W-13 observed that the decedent had been shot and was dead. W-13 reported that IT met a person IT knew in the parking lot whose vehicle was struck by gunfire. W-13 reported that once IT got to the parking lot everyone was stating that it was "Chander." Detectives asked was there anyone that witnessed the homicide. W-13 stated that person whose vehicle was struck told IT that it was "Chander."

54. As a result of the interview, detectives created a sequential photo array to be shown to W-13. Detectives showed W-13 the sequential photo array. W-13 observed every photo and pointed at the picture that was labeled number (5) and signed IT's name and date on the photo. Afterwards, W-13 asked if IT could look to see the photos again. Once again, W-13 looked over all the photos and again pointed at the photo with number (5). Detectives asked W-13 how confident W-13 was. W-13 stated that IT was 100 percent confident. Detectives asked if IT recognized anyone else in the photographs. W-13 did not. Your affiant

Prosecutor: *[signature]* NCIC Approved   Affiant: L.B.   Judge: *[signature]*   Page 10 of 14

## Superior Court of the District of Columbia
### CRIMINAL DIVISION

| AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT | | | | USW NO.: |
|---|---|---|---|---|
| DEFENDANT'S NAME: Lopez-Burgos, Eliexander Isaac | DOB: 02/18/2000 | PDID: 760130 | FBI NUMBER: | CCN: 23-188165 |

later asked W-13 if the person IT selected was the individual that IT informed Detectives about earlier. W-13 acknowledged by nodding his head up and down as if saying yes and stated "Chander." Photo #5 is identified as the defendant, **Eliexander Isaac Lopez Burgos with a D.O.B of 2/18/2000 and a PDID # of 760130.**

*Additional Video Surveillance Recovered and Reviewed*:

55. Detectives obtained video from the 2200 block New York Avenue Northeast. The video timestamp was reported to be 50 minutes faster than real time. The two exterior cameras were located and obtained.

56. At 06:06:11 PM, a dark van with a silver sliding door on the driver's side is observed driving through the rear of the McDonald's and passing the drive through and turning southbound into the exit lane which leads to New York Avenue NE.

*Shooting Investigation of Eliexander Issac Lopez Burgos:*

57. Detectives learned that on Tuesday, November 14, 2023 (two days prior to the homicide), an Assault with a Dangerous Weapon occurred at 1831 hours in the parking lot of 2230 New York Avenue Northeast, Washington, DC. Members of the Fifth District responded and found **Eliexander Isaac Lopez-Burgos, DOB: 02/18/2000, H/M**, suffering from an apparent gunshot wound to his inner left thigh.

58. Detectives learned that the suspect began shouting at Complainant Lopez-Burgos and ultimately opened the driver's door, coming in close proximity to Mr. Lopez-Burgos. At that time, the suspect was holding a dark-colored handgun. Mr. Lopez-Burgos advised that the suspect did not to do anything with the children so close. At one point, Mr. Lopez-Burgos challenged the suspect to shoot him in the chest due to the close proximity of the children. The suspect then pressed the firearm directly into the Complainant Lopez-Burgo's left leg and shot him.

59. Complainant Lopez-Burgos was in the driver side of a dark-colored Chrysler van with a gray rear sliding door. The van had D.C. for hire tag H99558 affixed to it at the time he was shot in the leg.

60. A witness advised that the suspect was a Venezuelan male of particularly dark complexion with long dark hair. The witness stated that the suspect was known in the area by nicknames including "Negro," "Peluca," and "Mano." The suspect was described as being about 25 years old but looking older, was wearing all black, and was about 5'8" or so with a medium build. The witness related that the suspect was in the parking lot almost daily, but that he tends to congregate on the south side of the fence where there are frequently vehicles being worked on and loud music being played on the weekends. The witness stated

## Superior Court of the District of Columbia
### CRIMINAL DIVISION

| AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT | USW NO.: |
|---|---|

| DEFENDANT'S NAME: Lopez-Burgos, Eliexander Isaac | DOB: 02/18/2000 | PDID: 760130 | FBI NUMBER: | CCN: 23-188165 |
|---|---|---|---|---|

that the suspect was a part of a group of Venezuelans who party, sell marijuana, and are hostile toward other Venezuelans (families, working people etc.) who make use of the parking lot for non-elicit purposes.

61. In the report, Mr. Lopez-Burgos had his address listed at 2700 New York Avenue Northeast, Unit 223. On Friday, November 17, 2023, detectives responded to the location to verify the unit number. Detectives were advised that there was not an individual with that name at that unit. Detectives called the hospital where Mr. Lopez Burgos had been treated. Detectives were advised that there was no one under that name at the hospital, which indicated that he had been discharged.

62. While on the scene of the homicide, your affiant reviewed a photo of the van that Mr. Lopez-Burgos was driving the day he was shot. The van matches the description of the suspect vehicle that was used in the homicide. The van is dark in color with a gray driver's side rear sliding door. This makes the vehicle very distinctive.

63. On Friday, November 17, 2023, your affiant received a call from staff at the Days Inn who advised that Mr. Lopez-Burgos had reached out to a social worker requesting leave from the location for a few days and to possibly be moved because people were looking for him. This information indicated that Mr. Lopez-Burgess may be attempting to flee the area. The hotel staff confirmed that Mr. Lopez-Burgos, his wife, and his children lived at 2700 New York Avenue Northeast, Unit# 323, Washington, D.C. 20002.

64. On November 21, 2023, your affiant responded to the Days Inn located at 2700 New York Avenue Northeast and learned that all residents at the location are advised to sign in and sign out. Management stores a binder which has photos of each adult person and children that stay in the Unit. The photographs of Mr. Lopez-Burgos, his wife and his children have Room #323 under their photo confirming the Unit number that they were staying at. Detectives have learned that Mr. Lopez-Burgos, his wife and/or his children have not returned to the area since the homicide.

65. Your affiant reviewed body worn camera from the day of the ADW-Gun on November 14, 2023. Mr. Lopez-Burgos while being interviewed provided his phone number as 202-993-7449. His wife also provided her phone number as 202-993-7449 and looked on her phone and showed Officer Sibrian Manuel her cell phone displaying Mr. Lopez-Burgos' phone number as 202-369-4493. Mr. Lopez-Burgos' wife called 911 to report the offense. The phone number she called from was 202-369-4493.

66. Homicide Branch queried the phone number 202-369-4493 and phone number 202-993-7449 through law enforcement databases, revealing that the phone numbers belonged to Hernandez, Sergio and that the service provider was T-Mobile.

Prosecutor: *[signature]*  Affiant: L.B.  Judge: *[signature]*  Page 12 of 14
NCIC Approved

## Superior Court of the District of Columbia
### CRIMINAL DIVISION

| AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT | | | | USW NO.: |
|---|---|---|---|---|
| DEFENDANT'S NAME: Lopez-Burgos, Eliexander Isaac | DOB: 02/18/2000 | PDID: 760130 | FBI NUMBER: | CCN: 23-188165 |

67. Search warrants were obtained from D.C. Superior Court Judge Staples to locate the phones of Defendant Lopez-Burgos and his wife. As a result of the warrants, your affiant learned that both cell phones had been located in the state of Chicago on Tuesday, November 28, 2023. On Wednesday, November 29, 2023, your affiant learned that both phones were now in the state of Nebraska. On Thursday, November 30, 2023, your affiant learned that both phones were now in the state of Colorado.

68. Your affiant has reviewed a TikTok video under the account name "@lavalencia22" and screen name "la gata" Your affiant was able to observe the account which is not private. A video that was uploaded a week ago from December 1, 2023. The video shows a video of Defendant Lopez-Burgos' wife walking on the sidewalk. The defendant's wife passes a police cruiser with the state of the Chicago on the door. In this video the wife is wearing a red hoodie with white writing on it. In this video the defendant's wife is alone.

69. An additonal video was viewed dated a week from December 1, 2023, from the same account. In this video the defendant's wife is with a male with a consistent physical appearance of Defendant Lopez-Burgos. Defendant Lopez-Burgos' wife is in this video and is also wearing the same red hoodie with white writing on it suggesting that they are together on the same day in Chicago. Your affiant began reviewing the TikTok page, and was able to also locate a TikTok page for **Eliexander Isaac Lopez-Burgos** with a screen name of "**chander**mascre". One of the TikTok videos dated November 22, 2023, shows Defendant Lopez-Burgos inside a vehicle that appears to be the same van from the inside.

**Summary:**

70. As explained above, Defendant Lopez-Burgos was identified by W-13. W-13 observed the defendant inside the blue van as the front passenger of the blue van minutes before the homicide. Several witnesses reported observing the blue van at the scene driving away from the sounds of gun shots. W-4 reported seeing the van and seeing the shooter fire shots from the passenger side of the van. The defendant was shot in the thigh two days before the homicide.

71. Detectives reviewed video footage that clearly displayed the suspect van fleeing the scene. The van was dark in color with a distinctive rear gray sliding door. Detectives observed no other vehicle fleeing the scene after the shooting. Your affiant reviewed body worn camera footage from the day Defendant Eliexander Isaac Lopez Burgos was shot in the same parking lot of the homicide location two days prior to the homicide. The van that Defendant Eliexander Isaac Lopez Burgos was in is consistent with the same van that was reported to have done the shooting and was observed on surveillance footage fleeing the scene following the shooting. Defendant Eliexander Issac Lopez Burgos did not return to his residence and reported to the staff that people were looking for him. Search Warrants were conducted on the cell

Prosecutor: _____ NCIC Approved    Affiant: L.B.    Judge: _____    Page 13 of 14

## Superior Court of the District of Columbia
### CRIMINAL DIVISION

| AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT | | USW NO.: | | |
|---|---|---|---|---|
| DEFENDANT'S NAME: Lopez-Burgos, Eliexander Isaac | DOB: 02/18/2000 | PDID: 760130 | FBI NUMBER: | CCN: 23-188165 |

phone numbers of Defendant Eliexadner Issac Lopez-Burgos and Antonieta Maria Otaiza Sanabria (wife). The returns from the warrants revealed that both phones had left the area last known to be in Colorado. Social media confirms that both Defendant Eliexander Issac Lopez-Burgos and Antonieta Maria Otaiza Sanabria are traveling together and appear to be attempting to flee the county.

72. Witnesses informed Detectives that they had heard that the person responsible for the shooting was Defendant Eliexander Issac Lopez-Burgos. These witnesses informed Detectives of Antonieta Maria Otaiza Sanabria's TikTok account which then led your affiant to Defendant Eliexander Issac Lopez-Burgos' TikTok page. The name of the account is **chandermasacre**. The suspect in this investigation has been identified as using the nickname "Chander". "Chander" is Defendant Eliexander Issac Lopez-Burgos.

*Conclusion:*

Based on the aforementioned facts and circumstances your affiant believes that probable cause exists that a murder has been committed by the defendant, and respectfully requests that an arrest warrant be issued for **Eliexander Isaac Lopez Burgos D.O.B of 02/18/2000** by the Superior Court of the District of Columbia.

| PLEASE ISSUE A WARRANT FOR:<br>**Eliexander Issac LOPEZ-BURGOS** | AFFIANT'S SIGNATURE:<br>*Lucia Benjamin*<br>Affiant's Name: Lucia Benjamin<br>Badge Number: D2-1677 |
|---|---|
| **CHARGED WITH:**<br>**First Degree Murder While Armed (Premeditated)** | SUBSCRIBED AND SWORN BEFORE ME THIS 1st DAY OF December, 2023 |
| PROSECUTOR'S SIGNATURE:<br>*John E. Giovannelli*<br>**JOHN G. GIOVANNELLI**<br>**ASSISTANT UNITED STATES ATTORNEY**<br>**DEPUTY CHIEF, HOMICIDE**<br>NCIC Approved | JUDGE'S SIGNATURE:<br>*K. Briggs*<br>JUDGE Kendra Briggs (print last name)<br>**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA** |

Prosecutor: *John E. Giovannelli*   Affiant: L.B.   Judge: [signature]   Page **14** of **14**
NCIC Approved